UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIAM MILLER (#3835)                                    CIVIL ACTION

VERSUS

RICHARD HAMPTON LEE, ET AL.                    NO. 13-0359-JJB-RLB

## ORDER

This matter comes before the Court on correspondence received from the plaintiff (Rec. Doc. 9), which the Court interprets to be a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the filing of which Notice effects a dismissal of the proceeding without further action by the Court, *see Perkins v. Johnson*, 118 Fed. Appx. 824 (5th Cir. 2004) (recognizing that "[u]nder Fed.R.Civ.P. 41(a), the voluntary dismissal of an action completely terminates the litigation, without further order by the district court"). Accordingly,

**IT IS ORDERED** that the plaintiff's correspondence (Rec. Doc. 9) be and it is hereby interpreted to be a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the Clerk of Court is directed to terminate this action on the Court's Docket.

Baton Rouge, Louisiana, this 12th day of December, 2013.

                                                                  JAMES J. BRADY
                                                                   UNITED STATES DISTRICT JUDGE